Jennie Goldman, Isaac Marks and Company, George Templar, and Kellers Delivery Service, Inc., Appellants, v. City of Chicago, Appellee.

Gen. No. 46,013. 

Edwin Pizer, for appellants; Leonard J. Braver, of counsel; John J. Mortimer, Corporation Counsel for City of Chicago, for appellee; L. Louis Karton, Head of Appeals and Review Division, and John L. Steffens, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed July 2, 1953; released for publication July 28, 1953.